IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED
FEB 8 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | | |
|---|---|---|
| DENNIS EARL FULBRIGHT, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. CIV-03-99-W |
| JUSTIN JONES, Director, Oklahoma Department of Corrections, | ) ) ) ) | |
| Defendant. | ) | |
| JON ANDREW COTTRIEL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. CIV-03-125-W |
| JUSTIN JONES, Director, Oklahoma Department of Corrections, | ) ) ) ) | |
| Defendant. | ) | |
| JERRY HARMON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. CIV-03-1465-W |
| JUSTIN JONES, Director, Oklahoma Department of Corrections, | ) ) ) ) | |
| Defendant. | ) | |

### JUDGMENT FOR PERMANENT PROSPECTIVE INJUNCTIVE RELIEF

Upon consideration of the record in these consolidated cases and pursuant to this Court's Order of January 26, 2006, adopting the Third Supplemental Report and

1

Recommendation issued in each case by United States Magistrate Judge Gary M. Purcell on September 8, 2005, the Court ORDERS that judgment should be and is hereby entered in favor of plaintiffs Dennis Earl Fulbright, Jon Andrew Cottriel and Jerry Harmon.

Because the plaintiffs are entitled to permanent prospective injunctive relief, the Court hereby further ORDERS the defendant, Justin Jones, Director, Oklahoma Department of Corrections, to immediately provide to the plaintiffs Kosher diets at no cost. Such diets shall comply with all nutritional requirements and standards currently applicable to the diets served to all other inmates in the custody of the Oklahoma Department of Corrections.

After giving substantial weight to any adverse impact on public safety and on the operation of the criminal justice system caused by this relief, the Court specifically FINDS that the injunction is necessary to remedy a violation of these plaintiffs' rights to freely exercise their Orthodox Jewish religion as guaranteed by the first amendment to the United States Constitution. The Court further FINDS that the injunction is narrowly drawn to remedy the constitutional violation at issue in these consolidated cases, extends no further than necessary to correct this violation and is the least intrusive means necessary to correct this violation of the plaintiffs' constitutional rights.

DATED and ENTERED at Oklahoma City, Oklahoma, this 8th day of February, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE