IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED

DEC 2 2 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| JERRY HARMON, | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV-03-1465-W |
| JUSTIN JONES, Director, Oklahoma Department of Corrections, | ) |
| Defendant. | ) |

## ORDER

On November 14, 2011, United States Magistrate Judge Gary M. Purcell issued a Fourth Supplemental Report and Recommendation in this matter and recommended that the Motion of Further Contempt and Court Order filed by plaintiff Jerry Harmon be denied. Harmon was advised of his right to object, see Doc. 153, but he filed no objections to the Fourth Supplemental Report and Recommendation within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Purcell's suggested disposition of Harmon's motion, and accordingly,

(1) ADOPTS the Fourth Supplemental Report and Recommendation [Doc. 153] issued on November 14, 2011; and

(2) DENIES Harmon's Motion of Further Contempt and Court Order [Doc. 151] filed on November 8, 2011.

ENTERED this 22nd day of December, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE